IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

**Kristi Kocsan**

       **Plaintiff,**

  v.

**Jane Doe(s)**

       **Defendant(s).**

---

**COMPLAINT AND JURY DEMAND**

---

COMES NOW, Plaintiff Kristi Kocsan (hereinafter "Plaintiff"), by and through undersigned counsel, Baker Law Group, LLC, and hereby submits her Complaint against Defendant Jane Doe (hereinafter "Defendant") whose identify is currently unknown to Plaintiff, and in support thereof states and alleges as follows:

### JURISDICTION AND VENUE

1. Under 28 U.S.C. § 1332, a case arising between citizens of different states is an action brought by diversity. This action is brought against Defendant Jane Doe(s) for allegations of Intentional Infliction of Emotional Distress and Invasion of Privacy by Intrusion, which have caused Plaintiff to incur damages.

2. This Court has jurisdiction to hear Colorado state law claims under its supplemental jurisdiction pursuant to 28 U.S.C. § 1367. *United Mine Workers of America v. Gibbs*, 383 U.S. 715 (1966). The requirements are met here as the non-federal claims arise "from a common nucleus of operative fact" such that a plaintiff "would ordinarily be expected to try them in one judicial proceeding." *Id*. Colorado case law addressing similar claims provides additional relief for the same or similar conduct. *See Ellis v. Buckley,* 790 P.2d 875; *see also Pearson v. Kancilia,* 70 P.3d 594.

3. Venue is proper in the District of Colorado pursuant to 28 U.S.C. §1391(b)(2), as the acts alleged were directed towards Plaintiff and Plaintiff's residence within the state of Colorado.

## PARTIES

4. Plaintiff is a natural person and a resident of Denver County, Colorado.

5. Defendant is a person currently unknown by Plaintiff.

## GENERAL ALLEGATIONS

6. Plaintiff incorporates by reference all allegations contained in the foregoing paragraphs as if fully set forth herein.

7. Plaintiff is romantically involved with Charles Patrick Jones.

8. On January 15, 2024, Plaintiff became aware of a public posting on Craigslist.com, that contained her phone number and home address.

9. Plaintiff became aware of the post containing her phone number and home address when an unknown male contacted Plaintiff via phone call and inquired about her "services," and indicated he found Plaintiff's information via Craigslist.com.

10. The post alleged that Plaintiff sold custom "men's thongs and cock warmers."

11. The post further invited men to send Plaintiff dimensions of their genitalia, and if the man did not have a tape measure, to send a picture of the man's genitalia directly to Plaintiff via text message.

12. Plaintiff did not publish the post at issue via Craigslist.com.

13. Upon information and belief, the post was available for public view between December 29, 2023, and January 15, 2024.

14. Plaintiff received multiple elicit and obscene photos of male genitalia as a result of Defendant's post on Craiglist.com, as well as numerous phone calls and text messages soliciting Plaintiff for sexual activities.

15. Plaintiff has also received postcards (no return address provided) which contain explicit sexual themes and indications that Plaintiff participated in studies concerning sexually transmitted diseases.

16. Additionally, someone unknown to Plaintiff – but presumably the same tortfeasor responsible for the Craigslist.com public post – sent a "glitter bomb" from "www.glitterbombyourenemies.com" to Plaintiff in March 2024.

17. The "glitter bomb" constituted a replica of a penis which exploded with confetti when opened.

18. Upon information and belief, Renee Jones, Charles Patrick Jones's ex-wife, may be the tortfeasor. Thus, without further support, Plaintiff brings this current action against Jane Doe and will amend her Complaint after subpoenaing Craigslist.com and Glitterbombyourenemies.com and ascertaining the true identity of the responsible party in this case.

19. Plaintiff has suffered extreme emotional distress as direct result of Defendant's actions in causing explicit sexual material to be delivered to her address, in addition to the publication of her phone number upon a public post soliciting men to send Plaintiff explicit pictures of their genitalia.

### FIRST CLAIM FOR RELIEF
**(Intentional Infliction of Emotional Distress (IIED)/Extreme and Outrageous Conduct)**

20. Plaintiff incorporates by reference all allegations contained in the foregoing paragraphs as if fully set forth herein.

21. In Colorado, a plaintiff has a valid cause of action for IIED/Extreme and Outrageous Conduct, if the plaintiff can prove by a preponderance of the evidence the following elements: (1) The defendant engaged in extreme and outrageous conduct; (2) The defendant did so recklessly or with the intent of causing the plaintiff severe emotional distress; and (3) The defendant's conduct caused the plaintiff severe emotional distress. *See Ellis v. Buckley,* 790 P.2d 875; *see also* CJI-Civ 23:1.

22. Defendant engaged in extreme and outrageous conduct by publicly posting Plaintiff's phone number on Craiglist.com in a post soliciting lewd and obscene photographs, causing the same to be sent to Plaintiff.

23. Defendant's actions of sending Plaintiff an unsolicited exploding "glitter bomb" representing a penis also constitutes extreme and outrageous conduct. The action holds a level of outrageousness in character, and is so extreme in degree, that is goes beyond all possible bounds of decency, is regarded as atrocious, and is utterly intolerable in a civilized community.

24. Defendant has continued to send Plaintiff postcards of a lewd nature.

25. Defendant engaged in the above actions recklessly and with the intent of causing plaintiff severe emotional distress.

26. Plaintiff has been damaged by experiencing severe emotional distress, pain and suffering, and mental anguish as a direct result of Defendant's actions.

27. Thus, Defendant is liable to Plaintiff for IIED/Extreme and Outrageous Conduct in an amount to be determined at trial.

### SECOND CLAIM FOR RELIEF
**(Invasion of Privacy by Intrusion)**

28. Plaintiff incorporates by reference all allegations contained in the foregoing paragraphs as

if fully set forth herein.

29. In Colorado, a plaintiff has a valid cause of action for Invasion of Privacy by Intrusion, if the plaintiff can prove by a preponderance of the evidence the following elements: (1) the defendant intentionally invaded the plaintiff's property by [certain actions]; (2) the invasion would be very offensive to a reasonable person; (3) the plaintiff had injuries, damages, or losses; and (4) the invasion was a cause of the plaintiff's injuries, damages, or losses. *See Pearson v. Kancilia,* 70 P.3d 594, *See also* CJI-Civ 8:1.

30. Here, Defendant intentionally invaded the plaintiff's property (both physical via postage and intangible via phone text messages) by its actions of publicly posting the Craigslist.com post and causing the exploding "glitter bomb" to be delivered to Plaintiff's residence.

31. Receiving unsolicited photographs of penis from unknown men and an exploding "glitter bomb" penis is very offensive to any reasonable person.

32. Plaintiff has been directly damaged by Defendant's invasion of her privacy in the form of severe emotional distress, pain and suffering, and mental anguish.

33. Thus, Defendant is liable to Plaintiff for Invasion of Privacy by Intrusion in an amount to be determined at trial.

## PRAYER FOR RELIEF

WHERFORE, Plaintiff requests that this Court enter a judgment in her favor and against Defendant for her claims of Intentional Infliction of Emotional Distress/Extreme and Outrageous Conduct and Invasion of Privacy by Intrusion, for damages in an amount to be determined at trial, and for such other relief as the Court deems just and proper.

## PLAINTIFF DEMANDS A JURY TRIAL ON ALL ISSUES SO TRIABLE

Respectfully submitted this 23rd day of July 2024.

s/ *Renee Gerni*
Renee Gerni #59211
Amanda Bauer, #51350
Baker Law Group, LLC
8301 E. Prentice Ave. #405
Greenwood Village, CO 80111

## **VERIFICATION**

I, Kristi Kocsan, hereby declare under penalty of perjury pursuant to C.R.S. § 13-27-106, that the foregoing is true and correct to the best of my knowledge and belief.

Date: 7/22/2024

At: Denver, CO
(City, State)

By: *Kristi Kocsan* (DocuSigned by, C4A82F48030F477...)
Kristi Kocsan
1900 Little Raven St Apt 302
Denver, CO 80202